```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JORGE W. MOREIRA,

                    Plaintiff,          10 **CIVIL** 0266 (LTS)(KNF)

      -against-                    **JUDGMENT**

MINISTERIO DE ECONOMIA Y PRODUCCION
DE LA REPUBLICA ARGENTINA, and
INSTITUTO NACIONAL DE REASEGUROS,
SOCIEDAD DEL ESTADO EN LIQUIDACION,
                    Defendants.
------------------------------------------------------------X

       Defendants having moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6), and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on December 7, 2012, having rendered its Memorandum Order granting Defendants' motion to dismiss the complaint for lack of subject matter jurisdiction, and requesting the Clerk of Court to enter judgment accordingly and close this case, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated December 7, 2012, Defendants' motion to dismiss the complaint for lack of subject matter jurisdiction is granted; accordingly, the case is closed.

**Dated:** New York, New York
          December 11, 2012

                                                **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                           BY:
                                                   **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____